UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cr-00127-HZ |
| v. | INFORMATION |
| PAMELA J. KAHUT, | 18 U.S.C. § 669 |
| Defendant. | Forfeiture Allegation |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
**(Theft In Connection With Health Care)**
**(18 U.S.C. § 669)**

On or about September 21, 2020, in the District of Oregon, and elsewhere, defendant PAMELA J. KAHUT knowingly, willfully, and without authority, embezzled, stole, converted to the use of any person other than the rightful owner, and intentionally misapplied moneys, funds, property, and assets, with a value in excess of $100, of the Pacific States Marine Fisheries Commission's health benefit trust account at U.S. Bank account ending 2338, a health care benefit program, as defined by Title 18, United States Code, Section 24(b), by diverting $2,812.85 to U.S. Bank account ending 5175.

In violation of Title 18, United States Code, Section 669.

///

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1 of this Information, defendant PAMELA J. KAHUT shall forfeit to the United States under 18 U.S.C. § 982(a)(7), any property, real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of the offenses.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, under 21 U.S.C. § 853(p) as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

Dated: April 8, 2025

Respectfully submitted,

WILLIAM M. NARUS  
Acting United States Attorney

   */s/ Robert S. Trisotto*  
ROBERT S. TRISOTTO, NYB #4784203  
Assistant United States Attorney